**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TALAT SHAZAD,

Petitioner,

v.

Case No. 1:26-cv-01743-MIS-LF

TODD BLANCHE, Attorney General of the United States; DAREN K. MARGOLIN, Director for Executive Office for Immigration Review; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; ACTING DIRECTOR, Immigration and Customs Enforcement, U.S. Department of Homeland Security; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, Field Office Director of the El Paso Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; GEORGE DEDOS, Warden, Torrance County Detention Facility,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Talat Shazad and against Respondents the Todd Blanche, Daren K. Margolin, Executive Office for Immigration Review, Markwayne Mullin, Department of Homeland Security, Acting Director of Immigration and Customs Enforcement, Mary De Anda-Ybarra, and George Dedos.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE